UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,                          :

        -against-                                       :                12-CR-266 (WHP)

Jose Ariel Coiscou Diaz,                                 :                <u>ORDER</u>

                      Defendant.        :
------------------------------------------------------------X

WILLIAM H. PAULEY III, United States District Judge:

        David M. Stern, Esq. is appointed to represent the Defendant to pursue any applications for release relating to the COVID-19 pandemic.

Dated:  August 27, 2020
       New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.