UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,                :

        -against-                                  :           12 Cr. 266 (WHP)

Jose Ariel Coiscou Diaz,                           :           <u>ORDER</u>
                         Defendant.     :
------------------------------------------------------------X

WILLIAM H. PAULEY III, United States District Judge:

        This Court received Defendant's motion for compassionate release. The following schedule is established:

    1. The Government's response shall be submitted by February 3, 2021.

    2. The Defendant's reply, if any, shall be submitted by February 10, 2021.

Dated: January 21, 2021
       New York, NY

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.