UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| -v.- | 12 Cr. 266-6 (KPF) |
| JOSE ARIEL COISCOU DIAZ, | **ORDER** |
| Defendant. | |

KATHERINE POLK FAILLA, District Judge:

     Earlier this year, Defendant Jose Ariel Coiscou Diaz moved for modification of his sentence pursuant to the federal compassionate release statute, 18 U.S.C. § 3582(c)(1)(A).  (Dkt. #200).  The request was presented to the Honorable William H. Pauley III, the judge who had sentenced Mr. Diaz.  Initially, Mr. Diaz requested that Judge Pauley direct that the remainder of his sentence be served at a residential reentry center (or "halfway house"), rather than at his designated facility of FCI Allenwood.  (*Id.*; *see also* Dkt. #203).  In the alternative, noting delays in transfers to halfway houses, Mr. Diaz sought release to home confinement.  (Dkt. #209).  After Mr. Diaz's motion was fully submitted, Judge Pauley unexpectedly passed away, and the case was reassigned to this Court.  (Dkt. #210).  In the course of drafting an order responding to Mr. Diaz's motion, the Court learned that Mr. Diaz was in fact transferred to a halfway house, from which he is expected to be released in two months.  Accordingly, this Court denies Mr. Diaz's motion as moot, and wishes him success in the completion of his term at the halfway house and on supervised release.

The Clerk of Court is directed to terminate the motion pending at docket entry 192.

SO ORDERED.

Dated: November 9, 2021
       New York, New York

                                              KATHERINE POLK FAILLA
                                              United States District Judge